IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-cv-135

| | |
|---|---|
| KYLE TORBIT, by and through his Guardian Ad Litem, SANDRA TORBIT and SANDRA TORBIT, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., WAL-MART STORES EAST, LP and PACIFIC CYCLE, INC.,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO REMAND** |

THIS MATTER is before the Court on the parties' Joint Motion to Remand which was filed on July 31, 2014;

AND THE COURT, having reviewed the court file and having considered the materials presented by counsel is of the opinion that the motion should be granted;

It is therefore ORDERED that the parties' Joint Motion to Remand is hereby GRANTED and the case is remanded to the General Court of Justice, Superior Court Division in New Hanover County, North Carolina for further proceedings.

This the  1ST  day of   AUGUST , 2014.

_____
LOUISE W. FLANAGAN
U.S. District Judge Presiding