UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| KYLE TORBIT, by and through his Guardian Ad Litem, Sandra Torbit and SANDRA TORBIT, Individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) | **JUDGMENT** No. 7:14-CV-135-FL |
| WALMART STORES, INC.; WALMART STORES EAST, LP; and PACIFIC CYCLE, INC., | ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' joint motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 1, 2014, that the motion to remand is granted, and this case is remanded to the Superior Court of New Hanover County, North Carolina.

**This Judgment Filed and Entered on August 1, 2014, and Copies To:**

Samuel H. MacRae (via CM/ECF Notice of Electronic Filing)
Brian O. Beverly (via CM/ECF Notice of Electronic Filing)
The Honorable Jan G. Kennedy, New Hanover County Clerk of Superior Court
    (via U.S. mail) PO Box 2023, Wilmington, NC 28402

August 1, 2014                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk